UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JESSICA KARIM,

                        Plaintiff,                      **24 Civ. No. 3247 (ER)**

      -against-                             **PRE-SETTLEMENT**
                                                     **CONFERENCE ORDER**

JOSEPH'S CUSTOM JEWELRY, INC.,

                        Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Friday, September 20, 2024 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 190 828 467#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:    New York, New York
                 September 4, 2024

                                                                       _____
                                                                       The Honorable Gary Stein
                                                                       United States Magistrate Judge